OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

March 24, 2026

Mana Aliabadi, Esq.
Christopher M. Casazza, Esq.
Kiley L. Kane, Esq.
Charles E.T. Roberts, Esq.
Mark J. Sherer, Esq.
John F. Stanton, Esq.

RE: Gabriel Buele Morocho v. Warden Philadelphia FDC, et al
Case Number: 26-1150 & 26-1454
District Court Case Number: 2:25-cv-05930

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits for
**Monday, May 11, 2026,** in **PHILADELPHIA, PA.**  It may become necessary for the panel to
move this case to another day within the **week of May 11, 2026.** Counsel will be notified if such
a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time
allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.)
Approximately 18 calendar days prior to the first day of the panel sitting, you will be advised
whether oral argument will be required, the amount of time allocated by the panel, and the
specific date on which argument will be scheduled. Pursuant to Fed. R. App. P. 29(a)(8), an
amicus curiae may participate in oral argument only with the Court's permission.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter to
provide the name of the attorney who will present oral argument if the panel determines
argument is necessary. In addition, please indicate whether or not counsel is a member of the bar
of this Court. [1]If the attorney is not a member of the bar of this Court, an application for
admission shall be completed and submitted to this office without delay.

---

[1] Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party
is appearing pro se.

Page – 2 –                                                    March 24, 2026

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.  Please file your completed acknowledgment form through CM/ECF.

Counsel are also asked to update their PACER account with a cell phone number if one is not already included.  Such information will not be publicly accessible and will be used if necessary to contact counsel expected to appear for oral arguments.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk


By: Ashley
Calendar Clerk
267-299-4947